WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**RICHARD HOOFF**,                                                              CV # 09-1274-JE

    Plaintiff,

vs.                                                                                              ORDER

**COMMISSIONER of Social Security**,

    Defendant.

Attorney fees in the amount of $3,697.46 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $350.00 are awarded pursuant to 28 U.S.C. § 1920. Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Attorney Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this  17  day of ____February____, 2011.

                                                                        /s/ John Jelderks
                                                     United States ~~District~~ / Magistrate Judge

Submitted on February 11, 2011 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1